**Charles L. FREEZE, Plaintiff–Appellant,**

v.

**VETERANS ADMINISTRATION for North Carolina; Department of Social Services of Rowan County, Defendants–Appellees.**

No. 01–1601.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 26, 2001.

Charles L. Freeze, pro se. Gill Paul Beck, Office of the United States Attorney, Greensboro, NC; Harry Lee Davis, Jr., Ann Cox Rowe, Davis & Hamrick, L.L.P., Winston Salem, NC, for appellees.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Charles L. Freeze appeals the district court's order dismissing his civil complaint for lack of jurisdiction. We have reviewed the record, the district court's order accepting the magistrate judge's recommendation, and Freeze's informal appellate brief. Because Freeze failed to challenge on appeal the bases for the district court's dismissal for lack of jurisdiction, he has not preserved any issue for our review. 4th Cir. R. 34(b). Accordingly, we grant Freeze leave to proceed in forma pauperis and affirm on the reasoning of the district court. *Freeze v. Veterans Admin. for N.C.*, No. CA–00–963–1 (M.D.N.C. filed Mar. 30, 2001; entered Apr. 2, 2001). We deny Freeze's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*